| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Arcara, Richard J. | 2. Court or Organization<br><br>U.S. District Court W.D.N.Y. | 3. Date of Report<br><br>04/30/2012 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>Two Niagara Square<br>Buffalo, New York 14202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | AAA Western and Central New York Board Member - Stipend |
| 2. | 2011 | Executive Dimensions - Salary |
| 3. | 2011 | Health Now Board Member - Stipend |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash RBC Wealth "(X)" | | None | J | T | | | | | |
| 2. Tamarack Invt. Fds. Prime | A | Dividend | J | T | | | | | |
| 3. Aim Basic Value Fund C "(Y)" | | | | | | | | | |
| 4. Allianz NFJ Dividend Val. Cl. C | A | Dividend | K | T | | | | | |
| 5. Allianz NFJ Divident Val. Cl.C. | A | Dividend | K | T | | | | | |
| 6. Bank of America Sub Internotes | A | Interest | J | T | Buy | 8/18/11 | J | | |
| 7. San Bernardino Cnty Calif Fing 1995 | | None | J | T | Buy | 1/12/11 | J | | |
| 8. Fidelity Adv. New Insights Cl A | A | Dividend | K | T | | | | | |
| 9. United Sts STL Corp New SR NT | A | Interest | J | T | Buy | 10/26/11 | J | | |
| 10. Residential Accredit LNS Inc Ser. 2005 | A | Interest | J | T | Buy | 08/19/11 | J | | |
| 11. Jennison-Growth Cl.A (Prudential Inv) | | None | K | T | | | | | |
| 12. Kinetics Paradigm Fund Cl C | A | Dividend | J | T | | | | | |
| 13. Royce Fund - PA | A | Dividend | K | T | . | | | | |
| 14. Countrywide Alternative Loan Ser. 2005 | A | Interest | J | T | Buy | 05/06/11 | J | | |
| 15. Europacific Growth Cl. A | A | Dividend | J | T | | | | | |
| 16. CWALT Inc Alternative Loan Trust | A | Interest | J | T | Buy | 06/21/11 | J | | |
| 17. Templeton Foreign A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alternative Loan Trust MTGPC Series | A | Interest | J | T | Buy | 02/03/11 | J | | |
| 19. Wells Fargo Mortgage Securities | | None | J | T | Buy | 12/06/11 | J | | |
| 20. Thornburg Intl Value Cl. A | A | Dividend | K | T | | | | | |
| 21. Eaton Vance High Income | B | Dividend | K | T | | | | | |
| 22. Goldman Sachs HY Cl. A | A | Dividend | J | T | | | | | |
| 23. Nuveen Multi-Strategy I & G | A | Dividend | J | T | | | | | |
| 24. Pimco High Income Fd. | A | Dividend | J | T | | | | | |
| 25. Ivy Asset Strat A | A | Dividend | K | T | | | | | |
| 26. Inesco Basic Value CL C | | None | J | T | | | | | |
| 27. Legg Mason Capital Management | A | Dividend | K | T | | | | | |
| 28. Goldman Sachs Group Inc. 6.125% | A | Interest | J | T | | | | | |
| 29. Western Asseet High Yield | B | Dividend | K | T | | | | | |
| 30. SLM Corp Ednotes | B | Interest | K | T | | | | | |
| 31. General Electric Cap SR | A | Interest | K | T | | | | | |
| 32. Bank Amer Corp | B | Interest | K | T | | | | | |
| 33. General Motors Accep,. Corp | A | Interest | J | T | | | | | |
| 34. Countrywide Home LN Class A11 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CWALT Inc Class 1-A-10 | A | Interest | J | T | | | | | |
| 36. CHL Mortgage Pass Through | B | Interest | J | T | | | | | |
| 37. Bank of America Fund Corp CL TA1B | A | Interest | J | T | | | | | |
| 38. JP Morgan Trust | A | Interest | J | T | | | | | |
| 39. Government National MTG Assn | A | Interest | J | T | | | | | |
| 40. Ford Motor Credit Corp Co. | | None | | | Sold | 01/01/11 | J | A | |
| 41. Bank of America Mrtg Ser 2006-3 | A | Interest | J | T | Buy | 03/28/11 | J | | |
| 42. Wynn Las Vegas, LLC | | None | | | Sold | 01/01/11 | K | A | |
| 43. CHL Mortgage Pass Through 2006-15 | A | Interest | J | T | Buy | 01/26/11 | J | | |
| 44. Citi corp Mrtg Securities 207-5 | A | Interest | J | T | Buy | 09/19/11 | J | | |
| 45. Federal National Mtg. Assn 2011-37 | A | Interest | J | T | Buy | 04/28/11 | J | | |
| 46. Tamarack Invt. Fds Prime | | None | J | T | | | | | |
| 47. Aim Charter - A "(Y)" | | | | | | | | | |
| 48. Fidelity Adv New Insight A | A | Dividend | J | T | | | | | |
| 49. Royce Fund - Total Return Con | A | Dividend | J | T | | | | | |
| 50. Roye Fund - PA | A | Dividend | J | T | | | | | |
| 51. New Perspective Cl.A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Invesco Charter Fund | A | Dividend | J | T | | | | | |
| 53. IVY FDS Inc. Growth | | None | J | T | | | | | |
| 54. Legg Mason Capital | | None | J | T | | | | | |
| 55. Black Rockk Global CL C | A | Dividend | J | T | | | | | |
| 56. IVY Asset Strategy CL C | A | Dividend | J | T | | | | | |
| 57. CTS Cash RBC Wealth | | None | J | T | | | | | |
| 58. Tamarack Invt. Fds. Prime | A | Dividend | L | T | | | | | |
| 59. Cleveland Biolabs Inc. | | None | J | T | Buy | 05/26/11 | J | | |
| 60. JohnHancock Global Opp. CL C | A | Dividend | J | T | Buy | 1/13/11 | J | | ` |
| 61. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 62. First Niagara FINL Grp Inc. 8.625% | | None | K | T | Buy | 12/8/11 | K | | |
| 63. Nextel Communications Inc. Senior | A | Interest | J | T | Buy | 8/31/11 | J | | |
| 64. Bank of America Corp Call Step | | None | K | T | Buy | 10/27/11 | K | | |
| 65. Philadelphia PA Public Serv Rev | | None | K | T | Buy | 2/8/11 | K | | |
| 66. Fidelity Adv New Insight C | | None | K | T | | | | | |
| 67. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 68. HSBC Holdings PLC | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan US Large Cap Core Plus C | | None | J | T | | | | | |
| 70. KeyCorp New | A | Dividend | J | T | | | | | |
| 71. Kinetics Mut Fnds Inc. | A | Dividend | J | T | | | | | |
| 72. Super Valu Inc SR NTS | A | Interest | K | T | Buy | 9/26/11 | K | | |
| 73. United STS STL Corp New SR NT | A | Interest | K | T | Buy | 8/30/11 | K | | |
| 74. RFMSI Trust MTGPC/SER 2005 | A | Interest | J | T | Buy | 3/24/11 | J | | |
| 75. M&T Bank Corp | B | Dividend | K | T | | | | | |
| 76. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 77. Prudential Finl Inc | B | Interest | K | T | | | | | |
| 78. Royce Fund - PA | B | Dividend | K | T | | | | | |
| 79. Alpine Total Dynamic Div Fund | B | Dividend | J | T | | | | | |
| 80. Blackrock Intl Growth & Income Fund | B | Dividend | J | T | | | | | |
| 81. Eaton Vance Tax-Managed Global | B | Dividend | K | T | | | | | |
| 82. Templeton Growth C | | None | | | Sold | 1/13/11 | J | C | |
| 83. Blackrock Enhanced Gov't | A | Dividend | J | T | | | | | |
| 84. GMNA REMIC | A | Interest | J | T | | | | | |
| 85. FHLMC REMIC Lottery Bond | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Residential Asst Sec 20 RAAC | A | Interest | | | Sold | 1/25/11 | J | A | |
| 87. Chase Mortgage FIN Tr 20 | A | Interest | J | T | | | | | |
| 88. CSMC Mtg-Bkd Pass Thru | A | Interest | J | T | | | | | |
| 89. Banc of America FDG Corp | A | Interest | J | T | | | | | |
| 90. Countrywide Capital V | B | Interest | J | T | | | | | |
| 91. Keycorp Capital IX | B | Interest | | | Sold | 12/15/11 | J | A | |
| 92. CBTCS for JC Penney Co | B | Interest | J | T | | | | | |
| 93. Ivy Asset Strategy C | A | Dividend | K | T | | | | | |
| 94. Wells Fargo Mortgage Backed | A | Interest | J | T | | | | | |
| 95. JP Morgan MTG Trust | A | Interest | | | Sold | 12/27/11 | J | A | |
| 96. United States National Gas Fund | | None | J | T | | | | | |
| 97. Countrywide Alt. Ln. Trust | | None | J | T | | | | | |
| 98. Legg Mason Capital Management | A | Dividend | K | T | | | | | |
| 99. Euro Pac Growth Fund | A | Dividend | J | T | | | | | |
| 100. General Motors Accep Corp | B | Interest | K | T | | | | | |
| 101. San Bernardino Cnty CA | | None | K | T | | | | | |
| 102. SLM Corp | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Lehman Mortgage Trust | A | Interest | J | T | | | | | |
| 104.  Credit uisse First Boston Mtg | A | Interest | J | T | | | | | |
| 105.  CitiMortgge Alt. Loan | A | Interest | J | T | | | | | |
| 106.  BlackRock Global Allocation | A | Dividend | K | T | | | | | |
| 107.  Ford Motor Credit Co. | | None | K | T | | | | | |
| 108.  Tamarack Invt. Fds Prime | A | Dividend | J | T | | | | | |
| 109.  Black Rock Global Dividend | A | Dividend | J | T | Buy | 8/24/11 | J | | |
| 110.  Legg Mason Capital | | None | J | T | | | | | |
| 111.  Bank of America Corp | B | Dividend | J | T | | | | | |
| 112.  Dominion Res Inc. VA | A | Interest | J | T | | | | | |
| 113.  Citiorp Mortgage Securities | A | Interest | J | T | | | | | |
| 114.  JP Morgan Mtg. Trust | A | Interest | | | Sold | 12/27/11 | J | A | |
| 115.  Wells Fargo Mtg. Backed Securities | A | Interest | J | T | | | | | |
| 116.  BlackRock NY Muni Income | B | Dividend | K | T | | | | | |
| 117.  Invesco Van Kampen Tr Invt | B | Dividend | K | T | | | | | |
| 118.  BlackRock Global Allocation | A | Dividend | J | T | | | | | |
| 119.  IVY Asset Strategy CL C | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. The assets listed in part VII, on lines 119, 121, 122, 124, 125, 128, 130, 131 and 132 were inadvertently omitted on the 2008 and 2009 Financial Disclosure Reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 04/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard J. Arcara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544